*1*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff: (S)
ALTIDOR GAJANAN@YAHOO.COM
GAJANAN ALTIDOR
INMATES ACJ

v.

Full name, title, and business address of each defendant in this action:
1. ALLEGHENY COUNTY FACILITY
~~950 SECOND AVE~~ 1ST AVE, 15219
PITTSBURGH, PA

2. ALLEGHENY COUNTY JAIL
950 SECOND AVE
Pittsburgh PA 15219

Use additional sheets, if necessary
Number each defendant.

15-908

FILED
SEP 15 2015
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

APPEAL

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? 8-E ALLEGHENY DHU DISPLINARY UNIT

What sentence are you serving? NONE 90 DAY DAY HOLE SENTENCE

What court imposed the sentence? DHU DISPLINARY HEARING UNIT

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiffs GAJANAN ALTIDOR

Defendants ALLEGHENY COUNTY FACILITY (EMPLOYEE'S)
CO. KELLY, MAZZARA, AND WALLACE SGT JACKSON, BITTNER
CAPT\MAJOR BITTNER CO. SPRINGEL

2. Court (if federal court, name the district; if state court, name the county) and docket number

2

3. Name of judge to whom case was assigned MAUREEN P. KELLY

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
IN THE PROCESS OF FILING AN APOINTMENT OF COUNCIL MOTION
STILL PENDING [CASE DISMISSED] TEMPARILY BUT AWAITING FILE FEE

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition RECIEVE NOTICE BY MAIL 9-01-2015

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where? CELL #113
When? JUNE 12-14 2015
Result: DISPLINARY HEARING UNIT - MAJOR/CPT BITTNER HELD HEARING FOR P.R.C. WHICH WE HAVE HAD REAL ISSUE'S IN THE PAST WHERE SWING A PUNCH AT ME WHILE SEARCHING MY CELL

III. What federal law do you claim was violated? MALICE - MALICIOUS PROSECUTION
[ABUSE OF PROCESS] - [POLICE HARRASSMENT]

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: BETWEEN SEVERAL OF EVENTS

B. Place of event: ALLEGHENY COUNTY JAIL

C. Persons involved--name each person and tell what that person did to you: CO. BITTNER WHOM WROTE PUSSY ON MY [FOREHEAD] OF MY PICTURE USED TO CAUSE CONFLICTION AND SPREAD RUMOUR YEAR 2007 WHIE HERE FOR CIVIL DIVISION INFRACTION SEPT 27 - DEC. 19 - 2007 BOTH OFFICER EMPLOYEE FOR A.C.J. DOUBLE TEAM ME IN ACTS OF (SABOTAGE/SOBATAUGE) RUMOUR RACIAL GESTURE'S AND HARRASSMENT OF SABOTOGE FRIENDLY THREATS, CAUSING CONFLICT ISSUE BETWEEN ME AND MY CHANCE OF REALEASE WERE RUINED AS I LOST MY JOB, APPARTMENT CONTACT WITH MY FAMILY, IMDIATE FAMILY, ALMOST MISSED EVICTION NOTICE AND WHERE ABOUTS OF A NEW PROFOUND RELATIONSHIP WITH AN AMBER BOYD, I WAS DAMN NEAR ASSAULTED PHYSICALLY AND WAS VERBAL TERRORIST (TERRISTICALLY THREATENED) THREATENED USIN CO. SPRINGEL BOTH CO BITTNER NOW SGT, AND CAPT OR MAJOR IN RANK FOR THE FACILITY COLABAARATING TOGETHER MONOPALIZING AS TOWARD FORM TERROR GANGS INDRECT USING P.F.A. ORDER AS A REASON TO ATTACK BY VIOLATING THEIR CODE OF CONDUCT AS WAY TO RETALIATE CROSSING BRIGHT-LINES MONOTOLYING TAKING OVER THE AIR WAVES BY MANY SORTS FORMS AND FASHIONS INDIRECT TO INDULGE IN ILL-WILL BIAS ACT INSINUATING ANGER AND HATE ENCOURING RACISISM

ALL THESE OFFICERS PLAYED A PART IN REFUSING TO FEED ME LOCKING ME WITHOUT MY LUNCH DINNER ETC. HARRASMENTS OF MANY SORTS, WHERE SGT LEE OBSERVED ME GET STRIPPED AFTER THE INCIDENT OF KELLY REFUSING TO GIVE ME MY DINNER TRAY WHILE WORKING WITH MAZZARA WHOM HAD

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? REFUSED TO FEED ME ON PRIOR OCCASSIONS IN CELL #110 YR 2014 YES

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is YES,

1. What steps did you take? GRIEVENCE VERBALLY AND WRITTEN COMPLAINTS TO OTHER OFFICERS

2. What was the result? MORE HARRASSMENT AND CERTAIN OFFICERS WHOM I COMPLAIN TO WERE MOVE, FORCE, TO RETIRE AND\OR TRANSFERED

D. If your answer is NO, explain why not: _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes (X) No ( )

F. If your answer is YES,

1. What steps did you take? COMPLAINT FORM REQUEST SLIP VERBALLY AND NON VIOLENT PROTEST BY PRETENDING TO IGNORE THESE OFFICERS

2. What was the result? MORE OFFICERS JOINED LIKE CO. SPRINGEL SGT. JACKSON CO. DOYLE USING JOKES OF SARCASM

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

APPOINTMENT OF COUNCIL TO ME PRO SE LITIGANT PRO-BONO FROM ANOTHER COUNTY AS SURVEYING ATTORNEY FROM PHILIDELPHIA CIVIL ACTION LAWYER AND ASSIST TO GET THE FILLING COMPLETED

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

4

SEPTEMBER 06 2015          _[signature]_
(Date)                    (Signature of Plaintiff)

      PRO-SE   GAJANAN M. ALTIDOR

      ALTIDORGAJANAN@YAHOO.COM

      GAJANAN ALTIDOR

      AKA DELMARIO HOLMES

IV    MOTION: TO MOVE

C. CO BITTNER WHOM WROTE PUSSY ON MY FOREHEAD OF MY PICTURE USED TO CAUSE CONFLICTION AND SPREAD RUMOUR YEAR 2007 WHILE MYSELF GAJANAN ALTIDOR FOR A FAMILY DIVISION INFRACTION BETWEEN SEPT 27 - DEC. 19 2007 BOTH OFFICER OF THE ALLEGHENY COUNTY JAIL COLLABARRATED TOGETER TO TEAM UP AGAINST ME.